TROUTMAN PEPPER LOCKE LLP
Daniel A. Solitro (SBN: 243908)
daniel.solitro@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel. 213-928-9800

Attorneys for Plaintiff  ELIXIR COSMETICS OpCo, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIXIR COSMETICS OpCo, LLC d/b/a Babe Original,<br><br>              Plaintiff,<br><br>     vs.<br><br>HDMA, INC. d/b/a ForChics,<br><br>              Defendant. | Case No.: 2:26-cv-02641<br><br>**COMPLAINT FOR:**<br><br>**(1) False Advertising in Violation of Section 43(a) of Lanham Act (15 U.S.C. § 1125(a))**<br>**(2) Violation of False Advertising Law (Cal. Bus. & Prof. Code §§ 17500, *et. seq.*)**<br>**(3) Violation of Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200, *et. seq.*)**<br>**(4) Trade Libel**<br>**(5) Defamation**<br><br>**DEMAND FOR JURY TRIAL** |

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

Plaintiff ELIXIR COSMETICS OpCo, LLC d/b/a Babe Original ("Plaintiff" or "Babe Original"), for its Complaint against defendant HDMA, Inc d/b/a ForChics ("Defendant" or "ForChics"), alleges as follows:

## NATURE OF ACTION

1.    This is a civil action arising under the laws of the United States and California for false advertising, unfair competition, defamation, and trade libel seeking monetary damages and injunctive relief.

2.    Babe Original and ForChics are competing beauty brands that sell cosmetics, including lash enhancing serums, on various online platforms including their own webpages and e-commerce platforms such as Amazon, eCosmetics, Tik Tok Shop, and eBay.

3.    Babe Original extensively tests its products, including completing a comprehensive toxicological risk assessment of its lash serum formula substantiating the safety of its Essential Lash Serum.  Multiple clinical safety studies have also confirmed the safety of the product, as well as two ophthalmological evaluations conducted for safety and irritation.

4.    ForChics, on the other hand, conducts no testing of its lash serum or other products. Instead, it merely copies—almost word for word—the summary of studies completed on a competitor lash serum product that has an entirely different formula made up of different ingredients.  ForChics knows the studies conducted on the competitor's products are irrelevant to its own products, but uses the study results in an attempt to deceive consumers about the safety and efficacy of its own products.

5.    Not satisfied with making false and misleading claims about its own products, ForChics takes it one step further by making false claims about Babe Original and its Essential Lash Serum, claiming the product is not safe or effective for consumers.  ForChics launched a concerted campaign to tarnish the reputation of Babe

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

326419099v1

Original through paid social media influencers and AI-generated "slop" flooding social media and other platforms with these false claims about Essential Lash Serum.

6.    The unlawful, unfair and fraudulent conduct by ForChics is harming Babe Original's reputation, causing Babe Original to lose sales, and deceiving consumers. ForChics' unscrupulous business conduct must be stopped.

## PARTIES

7.    Plaintiff Elixir Cosmetics OpCo, LLC is a Delaware limited liability company with its principal place of business in Salt Lake City, Utah.

8.    Defendant HDMA, Inc. d/b/a ForChics is a corporation organized and existing under the laws of Wyoming with its principal place of business in Los Angeles, California.

9.    Babe Original and ForChics are both cosmetic companies that sell eyelash serums, eyebrow serums, mascara, lip plumper, and other beauty products. ForChics is a direct competitor of Babe Original.

## JURISDICTION AND VENUE

10.    This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331 because the Complaint asserts claims under the laws of the United States—violation of the Lanham Act, Title 15, 15 U.S.C. § 1125.

11.    The Court has supplemental jurisdiction over Babe Original's claims arising under California state law pursuant to 28 U.S.C. § 1367 because those claims are so related to Babe Original's federal claim that they form part of the same case or controversy and derive from a common nucleus of operative facts.

12.    The Court has personal jurisdiction over Defendant because Defendant has purposefully availed itself of the privileges of conducting business in the State of California and this judicial district, including at all times maintaining its principal place of business in Los Angeles, California and, thus, is subject to jurisdiction within this judicial district.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

COMPLAINT

13.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because, inter alia, (i) Defendant is subject to personal jurisdiction in this civil action in this District; and (ii) a substantial portion of the acts and omissions giving rise to Plaintiff's claims occurred, and continue to occur, in this District.

14.     This case is properly assigned to the Western Division pursuant to Civil L.R. 3-2(c) and (e) because a substantial portion of the events and omissions giving rise to claims in this Complaint occurred in Los Angeles County.

## FACTUAL ALLEGATIONS

### A. Babe Original Sells Affordable, Award-winning Beauty and Cosmetics Products.

15.     In 2013, Elixir Cosmetics OpCo, LLC, began selling its Essential Lash Serum product that was designed to deliver visibly longer-looking lashes in as little as four weeks.

16.     In 2022, as the success of Babe Lash Essential Lash Serum continued to grow, Plaintiff took its award-winning formula and expanded into additional results-driven products, including eyebrow, hair, and lip serums under the rebrand of Babe Original. The same Essential Lash Serum remains the company's best-seller with the same formula.  Every formula, however, is infused with nourishing and enhancing ingredients, to provide the customer with a VIP treatment without the premium price tag of other beauty brands.

17.     Babe Original is committed to upholding the highest standards in safety, quality, and performance for its products.  Babe Original products—including Essential Lash Serum—are thoroughly researched by experts and extensively tested by credible third parties to ensure the efficacy and safety of each product.

18.     Babe Original's products are sold directly through its website (babeoriginal.com), at in-store retailers (including Walmart, CVS, Target, Ulta, Costco and JCPenny), as well as on e-commerce platforms (including Amazon, eCosmetics, Tik Tok Shop and eBay).

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

4

COMPLAINT

19.    Babe Original expends considerable time and resources testing its products for safety, efficacy, and compliance with any government regulations, including the rigorous Modernization of Cosmetics Regulation Act (MoCRA) safety standards.  Babe Original's commitment to quality and safety has garnered substantial goodwill and a distinguished reputation in the cosmetics industry and with consumers.

20.    Babe Original's collection of cosmetic products, including Essential Lash Serum, has been extensively tested by third-party facilities.

21.    Babe Original's safety testing includes a comprehensive toxicological risk assessment of its lash serum formula applying the European Commission's robust framework for safety assessment of personal care products, which substantiates the safety of Essential Lash Serum for its intended cosmetic use.  Multiple clinical safety studies have also been conducted on Babe Original's lash serum formula, confirming the product is safe for use. In addition, two ophthalmological evaluations were conducted for safety and irritation.  These studies, and other tests completed by Babe Original, confirm the safety of Essential Lash Serum. The testing exceeds the standards set by MoCRA.

22.    Babe Original has also completed studies supporting the efficacy of its products.  In one 12-week consumer safety and efficacy study of Essential Lash Serum, 88% of users saw longer looking lashes, 90% saw more visible lashes, and 90% felt more confident in their natural lashes.

23.    Babe Original advertises and promotes its extensive consumer and safety-backed studies and the safety and efficacy of its products, including Essential Lash Serum.

**B. ForChics Knowingly Makes False and Misleading Claims About Its Own Products and Babe Original's Products.**

24.    ForChics is a competing beauty brand also selling eyelash serums, eyebrow serums, and mascara.

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

326419099v1

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

25.    ForChics' products are sold directly through its website (forchics.com) and on e-commerce platforms, including Amazon, Tik Tok Shop, eBay, Google, Facebook and other platforms.

26.    ForChics promotes its "Content Creator Program" that "partners" with and pays content creators to promote ForChics on social media platforms and elsewhere.

27.    ForChics also creates numerous artificial intelligence (AI) videos to promote its brand and products.  The AI-generated "slop"—low-effort, high-volume videos—flood social media platforms such as TikTok with false and misleading information about ForChics' products and Babe Original's products, as well as other competitor products.

28.    The content creators and AI videos routinely fail to disclose their connection to ForChics, all while claiming to provide objective reviews of ForChics products and other competing products. The failure by an endorser to disclose they are being compensated by a company selling the promoted product is a violation of the Federal Trade Commission's guidelines.

29.    On information and belief, Babe Original alleges that ForChics has conducted *no independent testing* of its own lash serum or other products.  ForChics, however, advertises and promotes its products—including on its website and on social media platforms—falsely claiming its products have been tested for safety and efficacy.

30.    ForChics deceives consumers by: (a) making false and misleading claims about the safety and efficacy of ForChics' products; (b) making false and misleading claims about the safety and efficacy of competing products, including Babe Original's products; and (c) making unsupported claims comparing the safety and efficacy of ForChics products to competitor products.  On information and belief, Babe Original alleges ForChics has absolutely *no substantiation* for any of these claims, let alone the requisite level of proper substantiation required under California and federal law.

COMPLAINT

326419099v1

**1. ForChics Falsely Claims Its Products Have Been Clinically Tested**

31.     ForChics advertises and promotes its products on its webpage, as well as Tik Tok and other platforms, as having extensive consumer and safety-backed studies. These claims include that ForChics Lash Enhancing Serum has "11 safety studies + ophthalmologist tested," "backed by one of the largest independent cosmetic lash studies," and that it "complies with rigorous U.S. MoCra safety standards." ForChics also promotes the efficacy of its products, including that "94% of participants saw healthier looking lashes, 91% saw longer looking lashes, and 97% saw more visible lashes" based on a "12 week consumer study with 30 participants" using ForChics Eyelash Growth Serum.

32.     All of these claims by ForChics about its products are literally false and unsupported by *any* testing completed by ForChics on its eyelash serum. These claims are merely copied from a competitor's lash serum product and the testing completed on the competitor's product. The formula for the competitor's product and ForChics Eyelash Growth Serum are not the same and are not made with the same ingredients. The studies referenced by ForChics, therefore, are irrelevant to ForChics' products and provide no evidence supporting their safety or efficacy.

33.     ForChics copied these safety and efficacy studies in an attempt to deceive and confuse consumers about the safety and efficacy of ForChics' products.

34.     Upon information and belief, ForChics has not conducted any third-party testing substantiating the statements regarding its Eyelash Growth Serum.

**2. ForChics Intentionally Makes False and Misleading Claims About Babe Original.**

35.     ForChics' deception of consumers does not stop at its false and misleading claims about its own products. ForChics also knowingly makes repeated false statements about Babe Original, including about the safety and efficacy of Essential Lash Serum.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

36.    ForChics knowingly compounds the economic and reputational damage to Babe Original by paying social media influencers and creating AI-generated "slop" to flood social media platforms such as TikTok with false and misleading information about ForChics' products and Babe Original's products. ForChics dispenses this false information in a coordinated strategy under numerous different TikTok users and influencers.  Each user—after defaming Babe Original—provides a link to purchase ForChics products which the users claim, "makes lashes grow like crazy" with "zero irritation."

37.    ForChics representatives claim they have "personally tested" Essential Lash Serum and other competitor lash serums and "ranks" each serum. ForChics attacks the efficacy of Essential Lash Serum, claiming it is ineffective, providing "zero growth after two months," "minimal growth," or "no visible difference" in the user's lashes.  Further the videos claim that Essential Lash Serum does not work and that "anyone who says this [product] works is lying through their teeth."  On information and belief, Babe Original alleges none of these users—several of whom are just AI generated and not persons at all—actually used Essential Lash Serum, let alone tested them and experienced the results as alleged in the videos.  ForChics refused to provide any supporting evidence or substantiation for these or any other claims it made about Babe Original.

38.    The videos also attack the safety of Essential Lash Serum despite ForChics having not conducted *any* studies on its own product or Babe Original's products.  The videos claim Essential Lash Serum is "not safe" and may cause "eye discoloration," "eye color change," and other eye irritation.  Other videos allege users suffered a "swollen lash line," caused eyelids to turn purple or pink, and "destroyed lashes."  There is no clinical study supporting any of these false allegations. ForChics refused to provide any study, evidence, or other support for its defamatory statements about Essential Lash Serum.

326419099v1

39.    The TikTok videos and other social media content produced by ForChics and at the direction of ForChics is nothing more than promotion for ForChics lash serum.  The videos make knowingly false claims about Babe Original and Essential Lash Serum with the intention of causing irreparable harm to Babe Original.  These claims have, and will continue to financially damage Babe Original and damage its reputation and goodwill with consumers.

40.    ForChics also impermissibly compares the safety and efficacy of its lash serum products to various other lash serums on the market, including Essential Lash Serum.  ForChics falsely claims it has "tested" numerous lash serums, ranking each one.  After providing critical commentary about the cost, efficacy, and/or safety of other lash serums, the paid-for or AI-generated content claims ForChics was the best tested lash serum.  On information and belief, Babe Original alleges ForChics never completed any study, let alone a study concluding ForChics' lash serum was superior to other products on the market.

**3. ForChics Refuses to Stop Making False Claims About Babe Original and Continues to Mislead Consumers About Its Own Products.**

41.    On March 4, 2026, Babe Original, through its attorneys, sent ForChics a cease-and-desist letter demanding ForChics stop making false and misleading claims about Babe Original and its products, including on TikTok and other social media platforms.

42.    As of the filing of this Complaint, ForChics has not responded to Babe Original's letter nor provided any support for its false claims.

**FIRST CAUSE OF ACTION**
**False Advertising in Violation of Section 43(a) of the Lanham Act**
**(15 U.S.C. § 1125(a))**

43.    Babe Original realleges and incorporates here by reference the allegations set forth above.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

44.     Section 43(a) of the Lanham Act is designed to protect persons engaged in interstate commerce against unfair competition, including false and misleading advertising.

45.     As described above, Babe Original and ForChics are direct competitors for the same categories and types of products, including lash serums, eyebrow serums, mascara, and other cosmetic products. Both Babe Original and ForChics sell these products on the same U.S. e-commerce platforms, including Amazon, TikTok Shop, and eBay.

46.     Babe Original and ForChics target and compete for the same customers using these same U.S. online sales channels; specifically, customers shopping online for lash serums to enhance eyelashes and eyebrows, as well as other cosmetic products.

47.     ForChics makes false statements about its own products on its webpage, on social media platforms—including TikTok, Instagram, and Facebook—and on e-commerce platforms. ForChics falsely claims its serum is "backed by one of the largest independent cosmetic lash studies," "complies with U.S. MoCra safety standards," "11+ safety studies + ophthalmologist tested," and that in a 12- week study of users, "94% saw healthier looking lashes," "91% saw longer looking lashes" and "97% saw more visible lashes." In fact, ForChics knows its products have none of these product features.

48.     ForChics' statements are false, misleading, and intended to deceive consumers into believing ForChics has thoroughly tested its lash serum for safety and efficacy. In fact, the claims promoted by ForChics are the direct result of the extensive third-party testing completed on a competitor's lash serum.  The claims made by ForChics merely copied the competitor's testing.  On information and belief, Babe Original alleges there are no studies substantiating the statements made by ForChics regarding its lash serum, or of any studies confirming that ForChics' serum is safe and/or effective when used as instructed.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

49.    ForChics also makes false statements about Babe Original, including the safety and efficacy of Essential Lash Serum.  In numerous AI generated videos posted on the TikTok platform, ForChics states that Essential Lash Serum is "not safe" for consumers, claiming it may cause "eye discoloration," "eye color change," and other eye irritation.  Other videos allege users suffered a "swollen lash line," caused eyelids to turn purple or pink, and "destroyed lashes."

50.    On information and belief, Babe Original alleges ForChics never conducted any study of Essential Lash Serum, let alone any study reaching these results. Nor are the underlying AI generated videos based on any actual experiences of users of any Babe Original product.  In fact, Babe Original has extensively tested Essential Lash Serum through world-class, third-party research facilities. These studies have confirmed the safety of the product and refute the fabricated claims in the videos posted by ForChics.

51.    ForChics also makes false statements comparing the safety and efficacy of its lash serum product to Essential Lash Serum without having conducted any studies whatsoever comparing the two products.  ForChics claims its testing concluded its lash serum causes superior lash enhancement compared to various other lash serums tested, including Essential Lash Serum.

52.    ForChics' false and misleading statements—whether made about its own lash serum or Babe Original's products—are made with knowledge the statements are false and misleading.

53.    ForChics makes the false and misleading statements to damage the reputation of Babe Original and otherwise harm Babe Original and its brand. The improper statements are also knowingly made to enhance the sales and profits of ForChics lash serum and other cosmetic products.

54.    The false statements and deception are material and are influencing and likely to continue to influence consumers' purchasing decisions because the statements falsely claim that ForChics offers safer and more effective products than

Babe Original without any substantiation for such claims. The claims are deceiving consumers.

55.     ForChics is also falsely claiming its lash serum has been tested and providing entirely fabricated results of studies that were never conducted on its product. These false statements have deceived and will continue to have the tendency to deceive a substantial segment of the consumers who view ForChics advertisements and the consumers in the market to purchase lash serums and other cosmetic products.

56.     ForChics caused its false and misleading statements to enter interstate commerce because the statements were made and continue to be made on its web page accessible throughout the United States and on U.S. online e-commerce platforms, including Amazon, eBay, TikTok, Facebook and other platforms.

57.     ForChics' false statements were made in and constitute commercial advertising and promotion because the statements were widely and publicly disseminated on its web page and U.S. e-commerce platforms for the purpose of convincing consumers to purchase ForChics products.

58.     Babe Original has been and is likely to continue to be economically injured as a direct and proximate result of ForChics' false advertising. Babe Original has suffered a loss of customers, a diversion of sales from Babe Original to ForChics, lost revenues and profits, and lost market share. Babe Original would have otherwise earned the lost sales and market share but for ForChics' false advertising. Indeed, losing sales because of false advertising is the paradigmatic direct injury caused by false advertising.

59.     Babe Original has also suffered damage to its reputation and goodwill associated with the well-established Babe Original brand and its products, as well Babe Original's standing in the industry, as a direct and proximate result of ForChics' false and deceptive advertising.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

326419099v1

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

60.    ForChics' false advertising has deprived Babe Original of rightful business opportunities and revenue, giving Babe Original a concrete and particularized injury in fact that is traceable to ForChics' false advertising.

61.    ForChics' false advertising described in this Complaint violates and continues to violate Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

62.    Pursuant to 15 U.S.C. § 1117, Babe Original is entitled to all actual damages sustained by Babe Original as a direct and proximate result of ForChics' false advertising.

63.    ForChics' false advertising conduct described above was and is willful and deliberate deception.  ForChics made the false statements knowing the statements made about its own products and Babe Original's products were false and the statements were made with the intention of deceiving consumers.  ForChics has improperly profited from its deliberate deception.  Accordingly, pursuant to 15 U.S.C. § 1117, Babe Original is entitled to treble damages.

64.    Pursuant to 15 U.S.C. § 1117, Babe Original also seeks disgorgement of ForChics' profits derived from its false advertising described above, as well as its costs.  Moreover, this case presents an "exceptional case" entitling Babe Original to an award of its attorneys' fees.

65.    ForChics has caused, and will continue to cause, immediate and irreparable harm to Babe Original, including injury to its business, reputation, and goodwill for which there is no adequate remedy at law.  As such, Babe Original is entitled to injunctive relief under 15 U.S.C. § 1116 restraining ForChics from falsely advertising its products on its web page, social media platforms, and on U.S. Online e-commerce platforms. Such prohibition includes false and misleading statements about (a) the superiority of ForChics lash serum and other products to Essential Lash Serum and Babe Original's products; (b) falsely claiming ForChics has conducted clinical testing of its products and misstating that the test results of Essential Lash Serum are applicable to ForChics Lash Enhancing Serum; (c) falsely alleging Essential Lash

Serum is unsafe and causes any serious harm or injury to users; and (d) any other false and misleading statements about Babe Original and its products.

### SECOND CAUSE OF ACTION
### Violation of California's False Advertising Law
### (Cal. Bus. & Prof. Code § 17500, *et. seq.*)

66.    Babe Original realleges and incorporates here by reference the allegations set forth above.

67.    California's Business and Profession's Code § 17500, *et seq*. ("FAL") prohibits unfair, deceptive, untrue, or misleading advertising. Advertising is untrue or misleading if members of the public are likely to be deceived. The FAL prohibits untrue or misleading advertising that is known, or which by the exercise of reasonable care would be known, to be untrue or misleading.

68.    Claims for violation of the FAL are substantially congruent to a claim under the Lanham Act where both claims are predicated on the same false statements.

69.    As described above, Babe Original and ForChics are direct competitors for the same categories and types of products, including lash serums, brow serums, mascara, and other cosmetic products.  Both Babe Original and ForChics sell these products on the same U.S. e-commerce platforms, including Amazon, TikTok Shop, and eBay.

70.    Babe Original and ForChics target and compete for the same customers using these same U.S. online sales channels; specifically, customers shopping online for lash serums to enhance eyelashes and eyebrows, as well as other cosmetic products.

71.    ForChics makes false statements about its own products on its webpage, on social media platforms—including TikTok, Instagram, eBay, and Facebook—and on e-commerce platforms. ForChics falsely claims its serum is "backed by one of the largest independent cosmetic lash studies", "complies with U.S. MoCra safety standards", "11+ safety studies + ophthalmologist tested" and that in a 12- week

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

326419099v1

study, "94% of saw healthier looking lashes", "91% saw longer looking lashes" and "97% saw more visible lashes." ForChics statements are false, misleading, and intended to deceive consumers into believing ForChics has thoroughly tested its serum for safety and efficacy. In fact, the claims promoted by ForChics are the direct result of the extensive third-party testing completed by a competitor on its lash serum. These claims are just copied entirely from a competitor's studies on its product.  On information and belief, Babe Original alleges there are no studies substantiating the statements made by ForChics regarding its lash serum, or of any studies confirming that ForChics' serum is safe and/or effective when used as instructed.

72.     ForChics also makes false statements about Babe Original, including the safety and efficacy of Essential Lash Serum.  In numerous AI generated videos posted on the TikTok platform, ForChics states that Essential Lash Serum is "not safe" for consumers, claiming it may cause "eye discoloration," "eye color change," and other eye irritation.  Other videos allege users suffered a "swollen lash line," caused eyelids to turn purple or pink, and "destroyed lashes."

73.     On information and belief, ForChics never conducted any study of Essential Lash Serum, let alone any study reaching these results. Nor are the underlying AI generated videos based on any actual experiences of Essential Lash Serum users.  In fact, Babe Original has extensively tested Essential Lash Serum through world-class, third-party research facilities. These studies have confirmed the safety of the product and refute the fabricated claims in the videos posted by ForChics.

74.     ForChics also makes false statements comparing the safety and efficacy of its lash serum product to Essential Lash Serum without having conducted any studies whatsoever comparing the two products.  ForChics claims its testing concluded its lash serum results in superior lash enhancement to various other lash serums tested, including Essential Lash Serum.

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

75.    ForChics' false and misleading statements—whether made about its own lash serum or Babe Original's products—are made with knowledge the statements are false and misleading.

76.    ForChics false and misleading statements have the tendency to deceive a reasonable consumer.

77.    The false statements and deception of ForChics are material and are influencing consumers' purchasing decisions because the statements falsely claim that ForChics offers safer and more effective products than Babe Original without any substantiation for such claims. The claims are deceiving consumers who rely on the false and misleading statements.

78.    ForChics is also falsely claiming its lash serum has been tested and providing entirely fabricated results of testing that was never conducted on its product. These false statements have deceived and will continue to have the tendency to deceive a substantial segment of the consumers who view ForChics advertisements and the consumers in the market to purchase lash serums and other cosmetic products.

79.    Babe Original has been and is likely to continue to be economically injured as a direct and proximate result of ForChics' false advertising.  Babe Original has suffered a loss of customers, a diversion of sales from Babe Original to ForChics, lost revenues and profits, and lost market share.  Babe Original would have otherwise earned the lost sales and market share but for ForChics' false advertising.

80.    Babe Original has also suffered damage to its reputation and goodwill associated with the well-established Babe Original brand and its products, as well Babe Original's standing in the industry, as a direct and proximate result of ForChics' false and deceptive advertising.

81.    ForChics' false advertising has deprived Babe Original of rightful business opportunities and revenue, giving Babe Original a concrete and particularized injury in fact that is traceable to ForChics' false advertising.

82.    Babe Original is entitled to restitution from ForChics.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

16
COMPLAINT

83.    ForChics has caused, and will continue to cause, immediate and irreparable harm to Babe Original, including injury to its business, reputation, and goodwill for which there is no adequate remedy at law.  As such, Babe Original is entitled to injunctive relief restraining ForChics from falsely advertising its products on its web page, social media platforms, and on U.S. Online e-commerce platforms. Such prohibition includes false and misleading statements about (a) the superiority of ForChics lash serum and other products to Essential Lash Serum and Babe Original's products; (b) falsely claiming ForChics has conducted clinical testing of its products and misstating that the test results of Essential Lash Serum are applicable to ForChics Lash Enhancing Serum; (c) falsely alleging Essential Lash Serum is unsafe and causes any serious harm or injury to users; and (d) any other false and misleading statements about Babe Original and its products.

## THIRD CAUSE OF ACTION
### Violation of the California's Unfair Competition Law—Unlawful, Unfair and Fraudulent Conduct
### (Cal. Bus. & Prof. Code § 17200, et. seq.)

84.    Babe Original realleges and incorporates here by reference the allegations set forth above.

85.    California's Business & Professions Code, section 17200 *et seq*. ("UCL") prohibits any "unlawful, unfair or fraudulent" act or practice, as well as any "unfair, deceptive, untrue or misleading" advertising.  Defendant's conduct is unlawful, unfair, and fraudulent under the UCL.

86.    Babe Original has standing to bring a UCL claim because it has suffered an injury in fact and has lost money because of the unfair competition alleged against ForChics. Babe Original has lost business and market share because of direct competitor ForChics' unfair competition. Babe Original has lost sales, customers, profits and suffered a dilution of goodwill and reputation.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

326419099v1

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

87.    As described above, Babe Original has been and is likely to continue to be economically injured as a direct and proximate result of ForChics' conduct in violation of the UCL.

88.    A business act or practice is "unlawful" under the UCL if it violates any other law or regulation.

89.    As a result of its conducted alleged in this Complaint, ForChics has violated the UCL's proscription against engaging in "unlawful" conduct by virtue of its violations of the Lanham Act, the FAL and the FTC's guidelines.

90.    A business act or practice is "unfair" under the UCL if the reasons, justifications, and motives of the alleged wrongdoer are outweighed by the gravity of the harm to the alleged victims.  The "unfair" prong of the UCL, therefore, prohibits false advertising.

91.    ForChics' conduct is injurious to Babe Original and consumers. Deceiving consumers with false and misleading statements about Essential Lash Serum and ForChics' Eyelash Serum provides no benefit to consumers.

92.    A business act or practice is "fraudulent" under the UCL if it is likely to deceive members of the consuming public.

93.    Defendant has violated the fraudulent prong of § 17200, because its material misrepresentations and omissions regarding lash serum and other products, as alleged herein, are likely to deceive reasonable members of the consuming public.

94.    There are reasonably available alternatives to further Defendant's legitimate business interests other than the misleading and deceptive conduct described in this Complaint.

95.    As a direct and proximate result of ForChics' unlawful, unfair, and fraudulent practices, Babe Original suffered and will continue to suffer actual damages.  ForChics' conduct is ongoing and presents a continuing threat to Babe Original and consumers that they will be deceived.

326419099v1

96.     But for ForChics' unlawful, unfair, and fraudulent conduct, Babe Original would not have lost money and otherwise been damaged, including suffering a dilution of goodwill and reputation.

97.     As a result of its unlawful, unfair, and fraudulent conduct, ForChics has been unjustly enriched and should be required to disgorge its unjust profits and make restitution to Babe Original pursuant to Cal. Bus. & Prof. Code §§ 17203 and 17204.

98.     Accordingly, Babe Original seeks restitution from ForChics for all money obtained from Babe Original as a result of ForChics' conduct.

99.     ForChics has caused, and will continue to cause, immediate and irreparable harm to Babe Original, including injury to its business, reputation, and goodwill for which there is no adequate remedy at law.  As such, Babe Original seeks an injunction to prevent ForChics from continuing to engage in the deceptive and misleading practices described herein.  Babe Original also seeks an award of costs and reasonable attorneys' fees pursuant to Cal. Code Civ. Proc. § 1021.5.

## FOURTH CAUSE OF ACTION
### Trade Libel

100.    Babe Original realleges and incorporates here by reference the allegations set forth above.

101.    ForChics harmed Babe Original by making false statements disparaging Essential Lash Serum and other Babe Original products.

102.    The statements made by ForChics on various social media and e-commerce platforms about the safety and efficacy of Babe Original's products disparaging the quality of the products were untrue.

103.    ForChics knew the statements were untrue when they were made.

104.    ForChics made the untrue statements knowing that consumers and others would rely on the statements in making their purchasing decisions, thus financially harming Babe Original.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

326419099v1

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

105.    Babe Original has suffered direct financial and reputational harm caused by ForChics' false and misleading statements about its products because consumers relied on the false statements.

106.    Babe Original also seeks economic damages for all lost profits and sales, as well as disgorgement of ForChics' profits derived from the sales attributed to its trade libel described above.  Babe Original also seeks injunctive relief to stop the publication of false and misleading statements about Babe Original on any platform.  Further, because Defendant acted with malice, fraud, and oppression, Babe Original seeks punitive damages.

### FIFTH CAUSE OF ACTION
### <u>Defamation</u>

107.    Babe Original realleges and incorporates here by reference the allegations set forth above.

108.    ForChics knowingly and intentionally made false and misleading statements disparaging the quality of Babe Original products, including about the efficacy and safety of the products to consumers.

109.    The false and misleading statements were published on Tik Tok, other social media platforms, and e-commerce platforms.

110.    The false and misleading statements harmed Babe Original's goodwill and reputation with consumers and within the cosmetics industry.  The conduct has also cost Babe Original sales and profits from consumers that otherwise would have purchased Babe Original product but for the false statements made by ForChics.

111.    ForChics knowingly made the false and misleading statements about Babe Original with the intention of harming Babe Original and its reputation in an attempt to boost its own sales and profits.

112.    ForChics knew consumers would rely on the untrue statements in making their purchasing decisions, thus promoting ForChics sales and profits at the expense of Babe Original.

326419099v1

113.   Babe Original has suffered direct financial and reputational harm caused by ForChics' false and misleading statements about its products because consumers relied on the false statements.

114.   Babe Original seeks economic damages for all lost profits and sales, as well as disgorgement of ForChics' profits derived from the sales attributed to its defamatory statements described above.  Babe Original also seeks injunctive relief to stop the publication of false and misleading statements about Babe Original on any platform. Further, because Defendant acted with malice, fraud, and oppression, Babe Original seeks punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Babe Original respectfully requests the Court to enter judgment against ForChics and in favor of Babe Original on each claim in the Complaint as follows:

A.   That ForChics be adjudged to have violated 15 U.S.C. § 1125(a) by unfairly competing against Babe Original by using false, deceptive or misleading statements of fact that misrepresent the nature, quality and characteristics of ForChics' products and Babe Original's products;

B.   Award Babe Original its actual damages caused by ForChics for false advertising, together with costs of this action;

C.   Find ForChics' false advertising to be willful;

D.   Treble Babe Original's actual damages caused by ForChics' false advertising;

E.   Disgorge ForChics' profits derived from its false advertising;

F.   Find this case to be exceptional under 15 U.S.C. § 1117 and award Babe Original its reasonable attorneys' fees;

G.   For temporary, preliminary and permanent injunctive relief enjoining and restraining ForChics (and its affiliated entities, employees, officers, directors, owners,

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

326419099v1

shareholders, agents, representatives, and all other persons in active concert or participation with ForChics) from (i) falsely advertising its products, including the safety and efficacy of its products without the requisite substantiation for such claims; (ii) falsely advertising the superiority of ForChics lash serum and other products to Essential Lash Serum and Babe Original's other products without the requisite testing and substantiation for any such claim; (iii) falsely claiming ForChics has conducted clinical testing of its products and misstating that the test results of Babe Original Essential Lash Serum are applicable to ForChics lash serum; (iv) falsely alleging Essential Lash Serum is unsafe and causes any serious harm or injury to users; and (v) requiring ForChics, in accordance with 15 U.S.C. § 1116, to file with the Court and serve on Babe Original within thirty (30) days from the date of entry of any injunction, a report in writing, under oath, and setting forth in detail the manner and form in which ForChics has complied with the terms and conditions of the injunction;

H.    For an order requiring ForChics to correct any erroneous impression persons may have derived concerning the nature, characteristics, or qualities of Babe Original's products, including without limitation, the placement of corrective advertising and providing written notice to the public;

I.    That ForChics be adjudged to have unfairly competed against Babe Original by engaging in false or misleading advertising under the laws of the State of California, Cal. Bus. & Prof. Code § 17500, *et seq.*;

J.    That ForChics be adjudged to have unlawfully and unfairly competed against Babe Original under the laws of the State of California, Cal. Bus. & Prof. Code § 17200, *et seq.*;

K.    That Babe Original be awarded damages and restitution sustained as a consequence of ForChics' conduct;

L.    Award Babe Original punitive damages because Defendant acted with malice, fraud and oppression, and with an intent to profit at the expense of Babe Original;

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

COMPLAINT

326419099v1

M.    Prejudgment and post-judgment interest to the extent permitted by law; and,

N.    Award Babe Original all damages, costs and attorneys' fees and such other and further relief as the Court may deem just and proper.

Dated: March 12, 2026                    Respectfully submitted,

                                         TROUTMAN PEPPER LOCKE LLP

                                  By:    */s/ Daniel A. Solitro*
                                         Daniel A. Solitro
                                         *Attorneys for Plaintiff Elixir Cosmetics*
                                         *OpCo, LLC*

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38, Babe Original hereby demands a trial by jury on all claims in its Complaint that are triable by a jury.

Dated: March 12, 2026                    Respectfully submitted,

                                         TROUTMAN PEPPER LOCKE LLP

                                  By:    */s/ Daniel A. Solitro*
                                         Daniel A. Solitro
                                         *Attorneys for Plaintiff Elixir Cosmetics*
                                         *OpCo, LLC*

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

COMPLAINT

326419099v1